<u>NOT FOR PUBLICATION</u>

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| MARILYN FORST, *et al*., | Civ. No. 14-2452 |
| Plaintiffs, | |
| v. | **ORDER** |
| LIVE NATION ENTERTAINMENT INC., *et al*., | |
| Defendants. | |

<u>THOMPSON, U.S.D.J.</u>

For the reasons stated in the Memorandum Opinion issued this same day,

IT IS, on this 27th day of February, 2015

ORDERED that Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint (Doc. No. 11) is GRANTED; and it is

ORDERED that Count I of Plaintiffs' First Amended Complaint is DISMISSED WITHOUT PREJUDICE; and it is

ORDERED that Count II of Plaintiffs' First Amended Complaint is DISMISSED WITH PREJUDICE; and it is

ORDERED that non-purchasers shall be STRICKEN WITH PREJUDICE from Plaintiffs' class claims; and it is

ORDERED that Plaintiffs are granted leave to further amend their Complaint within 30 days if they are able to address the deficiencies outlined in the Memorandum Opinion.

*/s/ Anne E. Thompson*
ANNE E. THOMPSON, U.S.D.J.